UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:25-CR-86 |
| | : | |
| v. | : | |
| | : | (Judge Mannion) |
| ELI VALENTINE CALERO, | : | |
| | : | FILED |
| Defendant. | : | SCRANTON |

INDICTMENT

MAR 25 2025

PER ___JKC___
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
21 U.S.C. §841
(Possession with Intent to Distribute a Controlled Substance)

On or about March 12, 2025, in Monroe County, within the Middle District of Pennsylvania, the defendant,

ELI VALENTINE CALERO,

did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and an amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense in violation of Title 21, United States Code, Section 841(a)(1), the defendant,

ELI VALENTINE CALERO,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

By virtue of the commission of the offense charged in Count 1 of this Indictment by the defendant,

ELI VALENTINE CALERO,

any and all right, title, and interest the defendant may have had in any of the property involved in or traceable to the offense alleged in Count 1

of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853. That property includes but it not limited to:

    a. A 2023 Chevrolet Silverado, Vehicle Identification Number 2GC1YNE7XP1701532, Pennsylvania Registration Number ZWN-4010.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States code, Section 853.

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

*Jenny P. Roberts* (signature)
JENNY P. ROBERTS
Assistant United States Attorney

3-25-2025

Date

4